Bruce A. HAYES, Appellant,

v.

TREASURER, STATE OF MISSOURI, as Custodian of the Second Injury Fund, Respondent.

No. 64364.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 4, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 14, 1994.

Morris B. Kessler, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Vicky L. Anthony, Asst. Atty. Gen., Jackson, for respondent.

Before Crandall, P.J. and Reinhard and Crist, JJ.

*ORDER*

PER CURIAM.

Claimant, Bruce A. Hayes, appeals from the decision of the Labor and Industrial Relations Commission (Commission) which denied his claim against the Treasurer, State of Missouri, as Custodian of the Second Injury Fund.

The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record; no error of law appears. An extended opinion would have no precedential value. The deci-

sion of the Commission is affirmed. Rule 84.16(b).